```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 17-00861-RNO
Ricky A. Pittman                                                        Chapter 13
Jeanne E. Pittman
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner               Page 1 of 2                  Date Rcvd: Apr 19, 2017
                              Form ID: ntcnfhrg           Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
db/jdb         +Ricky A. Pittman,    Jeanne E. Pittman,    12558 Path Valley Road,    Willow Hill, PA 17271-9723
4892157        +All About Hearing,    Hearing Aid Service,    49 South Carlisle Street,
                 Greencastle, PA 17225-1608
4894151        +Americredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
4892165        +CV Neuro Consultants,    764 Lincoln Way East,    Chambersburg, PA 17201-2768
4892160        +Chambersburg Dental Associates,    2 W. Main St,    Camp Hill, PA 17011-6326
4892161        +Chambersburg Hospital,    760 E. Washington Street,    Chambersburg, PA 17201-2751
4892162        +Chambersburg Imaging,    25 Penncraft Ave,    Chambersburg, PA 17201-1649
4892163         Chambersburg Pathology Associates,     PO Box 382,   Huntingdon, PA 16652-0382
4892164        +Commercial Acceptance Company,    PO Box 3268,    Camp Hill, PA 17011-3268
4892166         Department of Education,    Fed Loan,    PO Box 530210,    Atlanta, GA 30353-0210
4892167        +Dice Imaging,    10 E Walter Avenue,    Greencastle, PA 17225-1256
4892168        +Dr. Robert Sheep,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4892170        +Federal Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
4892171        +Federal Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
4892172         GM Financial,    PO Box 78143,    Phoenix, AZ 85062-8143
4892173         Holy Spirit EMS,    PO Box 983029,    Boston, MA 02298-3029
4892174        +IPN Emergency Physicians,    1801 NW 66th Ave., Ste 200,    Fort Lauderdale, FL 33313-4571
4892175        +KML Law Group, PC,    Suite 5000 BNY Mellon Ind. Ctr,    701 Market Street,
                 Philadelphia, PA 19106-1538
4892177        +National Recovery Agency,    PO Box 67015,    Harrisburg, PA 17106-7015
4892182        +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
4892630        +PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
4892178         Paypal,    c/o Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
4892180         Peerless Credit Services, Inc.,     PO Box 518,   Middletown, PA 17057-0518
4892181        +Personalized Collect,    10715 College Avenue,    Kansas City, MO 64137-1742
4892183        +Prothonotary, Franklin County,    157 Lincoln Way East,    Chambersburg, PA 17201-2233
4892184        +Rickart Collection Systems, Inc.,    575 Milltown Road,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
4892185         Shippensburg Area EMS,    c/o Commercial Acceptance Co,    2300 Gettysburg Road, Suite 102,
                 Camp Hill, PA 17011-7303
4892186        +Shippensburg EMS,    2 W. Main St,    Camp Hill, PA 17011-6326
4892187        +Summit Physician Services,    785 Fifth Ave., Ste 3,    Chambersburg, PA 17201-4232
4892188         Wells Fargo,    MAC T9017-026,    PO Box 168048,    Irving, TX 75016-8048
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4892158        +E-mail/Text: banko@berkscredit.com Apr 19 2017 19:23:16      Berks Credit and Collections,
                 900 Corporate Drive,    Reading, PA 19605-3340
4892159        +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 19:19:35      Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
4892176         E-mail/Text: bankruptcydpt@mcmcg.com Apr 19 2017 19:23:38      MCM,    PO Box 60578,
                 Los Angeles, CA 90060-0578
4892179        +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 19:19:35      PayPal Credit,    PO Box 960080,
                 Orlando, FL 32896-0080
4892169        +E-mail/Text: jstauffe_BK@ebay.com Apr 19 2017 19:23:27      ebay,    2145 Hamilton Avenue,
                 San Jose, CA 95125-5905
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
cr*            +PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
4900697*       +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:

      Aaron John Neuharth　　on behalf of Joint Debtor Jeanne E. Pittman aneuharth@neuharthlaw.com, smartin@neuharthlaw.com

      Aaron John Neuharth　　on behalf of Debtor Ricky A. Pittman aneuharth@neuharthlaw.com, smartin@neuharthlaw.com

      Charles J DeHart, III (Trustee)　　dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

      James Warmbrodt　　on behalf of Creditor　PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE CO., DOING BUSINESS AS EASTERN MORTGAGE SERVICES bkgroup@kmllawgroup.com

      United States Trustee　　ustpregion03.ha.ecf@usdoj.gov

                                                                                                     TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ricky A. Pittman<br>aka Rick A. Pittman, dba RJz Shop<br>Jeanne E. Pittman | Chapter 13<br>Case No. 1:17−bk−00861−RNO |
| Debtor(s) | |

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **May 19, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: May 24, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 19, 2017 |