IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| | : | Case No.: 1:17-bk-00861-RNO |
| Ricky A. Pittman AKA Rick A. Pittman, DBA RJz Shop | : | Chapter 13 |
| | : | Judge Robert N. Opel II |
| Jeanne E. Pittman AKA Jeanne E Carbaugh | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| Debtor(s). | : | |
| | | |
| Nationstar Mortgage LLC | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Ricky A. Pittman AKA Rick A. Pittman, DBA RJz Shop, Jeanne E. Pittman AKA Jeanne E Carbaugh, Charles J. DeHart III, Trustee | : | |
| Respondents | : | |

## OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

Now comes Nationstar Mortgage LLC ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC, and files this Objection to Debtor's Chapter 13 Plan, averring as follows:

1. Creditor is a creditor herein secured by a first mortgage lien upon the Debtor's real estate located at 12558 Path Valley Rd., Willow Hill, PA 17271.

2. The Debtor's Chapter 13 Plan proposes to treat Creditor's claim unfairly by providing for an inadequate arrearage amount. The amount of the arrearage in the Chapter 13 Plan is $10,000.00 and the amount that Creditor has calculated for inclusion in its claim is $18,712.56.

3. Debtor's Plan additionally misidentifies the mortgage creditor as "PNC Bank".

4. Creditor objects to said treatment and asserts that, as of the petition date herein, Creditor's claim was fully secured by value in the real estate. Accordingly, § 1322(b)(2) of the

17-016234_JDD1

Bankruptcy Code and the United States Supreme Court's holding in <u>Nobleman v. American Savings Bank</u> (In re: Nobleman), 508 U.S. 324 (1993) prohibit the Debtor's proposed modification of Creditor's mortgage.

WHEREFORE, Creditor respectfully requests the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-016234_JDD1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 1:17-bk-00861-RNO** |
| **Ricky A. Pittman AKA Rick A. Pittman, DBA RJz Shop** | : | **Chapter 13** |
| | : | **Judge Robert N. Opel II** |
| **Jeanne E. Pittman AKA Jeanne E Carbaugh** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| Debtor(s). | : | |
| | : | |
| **Nationstar Mortgage LLC** | : | |
| **Movant** | : | |
| | : | |
| v. | : | |
| | : | |
| **Ricky A. Pittman AKA Rick A. Pittman, DBA RJz Shop, Jeanne E. Pittman AKA Jeanne E Carbaugh, Charles J. DeHart III, Trustee** | : | |
| **Respondents** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection to Debtor's Chapter 13 Plan was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Aaron John Neuharth, Attorney for Ricky A. Pittman and Jeanne E. Pittman, Neuharth Law Offices, PO Box 359, Chambersburg, PA 17201, aneuharth@neuharthlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May __3__, 2017:

Ricky A. Pittman AKA Rick A. Pittman, DBA RJz Shop and Jeanne E. Pittman AKA Jeanne E Carbaugh, 12558 Path Valley Road, Willow Hill, PA 17271

PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342

17-016234_JDD1

DATE:  5/3/17

   /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-016234_JDD1