IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| Ricky A. Pittman, and | ) | Case No.: | 17-00861 RNO |
| Jeanne E. Pittman, | ) | | |
| Debtors | ) | Chapter 13 | |

## NOTICE OF ADDRESS CHANGE

Please note that the address for IPN Emergency Physicians has changed. It is as follows:

IPN Emergency Physicians
922 East Call Street
Starke, FL 32091-3616

Respectfully submitted,

Date: May 18, 2017

/s/ Aaron J. Neuharth
Aaron J. Neuharth
Attorney for the Debtors
PO Box 359
Chambersburg, PA 17201
(717) 264-2939

PA I.D. No. 88625