IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
**Ricky A. Pittman, and** ) Case No.: 17-00861 RNO
**Jeanne E. Pittman,** )
    **Debtors** ) Chapter 13

**FIRST AMENDED REQUEST FOR PAYMENT OF
CHAPTER 13 COMPENSATION AND EXPENSES**

Instructions: Complete Part A for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awardee by separate Court Order. Complete Part C for all requests for payment of compensation and expenses.

| | |
|---|---|
| A. Presumptively reasonable fee under L.B.R. 2016-2(c) | $4,000.00 |
| 1. Amount Agreed to by debtor(s) | $4,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $1,971.00 |
| 3. Balance of compensation to be paid through plan distributions | $2,029.00 |
| 4. Expenses advanced to be paid through plan distributions (describe expense and amount) | $0.00 |

B. Compensation and reimbursement of expenses allowed upon application and order under L.B.R. 2016-2(c)
1. Retainer Received     $
2. Compensation earned prepetition and paid to attorney prior to filing     $
3. Expenses reimbursed prepetition     $
4. Balance in retainer after deduction of prepetition compensation and expenses     $
5. Compensation and expenses approved by the Court to be paid through Plan distributions less balance in client trust account     $

C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: $2,029.00

Date: August 2, 2017              /s/ Aaron J. Neuharth_____
                                                    Aaron J. Neuharth, Esquire
                                                    Supreme Ct. No. 88625
                                                    PO Box 359
                                                    Chambersburg, PA 17201
                                                    (717)264-2939