IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| **Ricky A. Pittman, and** | ) | Case No.: | 17-00861 RNO |
| **Jeanne E. Pittman,** | ) | | |
| **Debtors** | ) | Chapter 13 | |

## SECOND AMENDED REQUEST FOR PAYMENT OF
## CHAPTER 13 COMPENSATION AND EXPENSES

Instructions: Complete Part A for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awardee by separate Court Order. Complete Part C for all requests for payment of compensation and expenses.

A. Presumptively reasonable fee under L.B.R. 2016-2(c)                              $4,000.00
1. Amount Agreed to by debtor(s)                                                    $4,000.00
2. Less amount paid to attorney prior to filing petition                            $1,991.00
3. Balance of compensation to be paid through plan distributions                    $2,009.00
4. Expenses advanced to be paid through plan distributions                          $0.00
   (describe expense and amount)

B. Compensation and reimbursement of expenses allowed upon application
and order under L.B.R. 2016-2(c)
1. Retainer Received                                                                $
2. Compensation earned prepetition and paid to attorney prior to filing             $
3. Expenses reimbursed prepetition                                                  $
4. Balance in retainer after deduction of prepetition compensation and expenses     $
5. Compensation and expenses approved by the Court to be paid through Plan          $
   distributions less balance in client trust account

C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: $2,009.00

Date: September 5, 2017                         /s/ Aaron J. Neuharth_____
                                                Aaron J. Neuharth, Esquire
                                                Supreme Ct. No. 88625
                                                PO Box 359
                                                Chambersburg, PA 17201
                                                (717)264-2939