```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                     Case No. 17-00861-HWV
Ricky A. Pittman                                           Chapter 13
Jeanne E. Pittman
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1         User: AGarner           Page 1 of 1         Date Rcvd: Oct 22, 2018
                             Form ID: orfeedue       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
cr            New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
               Greenville, SC  29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor 2 Jeanne E. Pittman aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 1 Ricky A. Pittman aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST
               TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE CO.,
               DOING BUSINESS AS EASTERN MORTGAGE SERVICES bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Ricky A. Pittman
aka Rick A. Pittman, dba RJz Shop

Jeanne E. Pittman

**Debtor(s)**

Chapter 13

Case number 1:17–bk–00861–HWV

Document Number: 44

### Order Filing Fee Due

A transfer of claim was filed on **October 22, 2018**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **October 29, 2018**.

Dated: October 22, 2018

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AGarner, Deputy Clerk

orfeedue(05/18)