```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                          Case No. 17-00861-HWV
Ricky A. Pittman                                                Chapter 13
Jeanne E. Pittman
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner            Page 1 of 1              Date Rcvd: Oct 22, 2018
                              Form ID: trc             Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5121435        New Penn Financial, LLC,,   d/b/a Shellpoint Mortgage Servicing,,   P.O.Box 10826,
               Greenville SC 29603-0826,   New Penn Financial, LLC,,   d/b/a Shellpoint Mortgage Servicing,
                                                                                       TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor 2 Jeanne E. Pittman aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 1 Ricky A. Pittman aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST
               TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE CO.,
               DOING BUSINESS AS EASTERN MORTGAGE SERVICES bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor   NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-00861-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Ricky A. Pittman
12558 Path Valley Road
Willow Hill PA 17271

Jeanne E. Pittman
12558 Path Valley Road
Willow Hill PA 17271

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/22/2018.

Name and Address of Alleged Transferor(s):

Claim No. 5: New Penn Financial, LLC,, d/b/a Shellpoint Mortgage Servicing,, P.O.Box 10826, Greenville SC 29603-0826, New Penn Financial, LLC,, d/b/a Shellpoint Mortgage Servicing,

Name and Address of Transferee:

New Penn Financial, LLC d/b/a Shellpoint Mortgage
P.O. Box 10675
Greenville, SC 29603-0675
New Penn Financial, LLC d/b/a Shellpoint
P.O. Box 10675
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/24/18

Terrence S. Miller
**CLERK OF THE COURT**