UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANI

IN RE:                                         CASE NO: 1700861

JEANNE PITTMAN
SSN#: xxx-xx-9675
Borrower#: 1027143397                  CHAPTER BK13

Debtor(s)                                    CLAIM#: 6

## NOTICE OF CREDITOR ADDRESS CHANGE

The U.S. Department of Education (ED), through its bankruptcy servicing agent Educational Credit Management Corporation (ECMC), and its payment processing servicing agent National Payment Center, request the Clerk of the U.S. Bankruptcy Court, MIDDLE DISTRICT OF PENNSYLVANI, make note of the changes in ED's addresses:

**PAYMENTS:**

Old:    U.S. Department of Education       New:    **U.S. DEPARTMENT OF EDUCATION**
         National Payment Center                          **NATIONAL PAYMENT CENTER**
         P O Box 105028                                  **P O Box 790336**
         Atlanta, GA 30348-5028                      **St. Louis, MO 63179-0336**

**NOTICES:**

Old:    U.S. Department of Education       New:    **U.S. DEPARTMENT OF EDUCATION**
         P O Box 16448                                   **P O Box 16448**
         Saint Paul, MN 55116-0448                  **Saint Paul, MN 55116-0448**

Respectfully submitted this day, March 4, 2019

                                             /s/ Xiong Me Lo
                                             Bankruptcy Operation Specialist
                                             Bankruptcy Department
                                             PO Box 16448
                                             St. Paul, MN 55116-0448
                                             PH: (800) 363-4562 Fax: (877) 865 9741