**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Ricky A. Pittman AKA Rick A.** | : | **Case No.: 17-00861** |
| **Pittman, DBA  RJz Shop** | : | **Chapter 13** |
| **Jeanne E. Pittman** | : | **Judge Henry W. Van Eck** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s).** | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A.,

d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

 /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-043656_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:                                                  :
                                                        :
**Ricky A. Pittman AKA Rick A.**         :          **Case No.: 17-00861**
**Pittman, DBA  RJz Shop**                :          **Chapter 13**
**Jeanne E. Pittman**                          :          **Judge Henry W. Van Eck**
                                                        :          * * * * * * * * * * * * * * * * * * * * * *
**Debtor(s).**                                     :
                                                        :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA
17036

Aaron John Neuharth, Attorney for Ricky A. Pittman AKA Rick A. Pittman, DBA  RJz Shop
and Jeanne E. Pittman, Neuharth Law Offices, PO Box 359, Chambersburg, PA  17201,
aneuharth@neuharthlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December  16 ,
2019:

Ricky A. Pittman AKA Rick A. Pittman, DBA  RJz Shop and Jeanne E. Pittman, 12558 Path
Valley Road, Willow Hill, PA  17271


DATE:   December 16, 2019

   /s/ Karina Velter
_____
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.


19-043656_PS

Contact email is kvelter@manleydeas.com

19-043656_PS