IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 17-00861 |
| **Ricky A. Pittman AKA Rick A. Pittman,** | : | Chapter 13 |
| **DBA  RJz Shop** | : | Judge Henry W. Van Eck |
| **Jeanne E. Pittman** | : | * * * * * * * * * * * * * * * * * * * |
| | | |
| **Debtor(s)** | | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | Date and Time of Hearing |
| **Fargo Auto** | : | Place of Hearing |
| Movant, | : | January 14, 2020 at 9:30 a.m. |
| | : | |
| vs | : | |
| | : | Ronald Reagan Federal Building |
| **Ricky A. Pittman AKA Rick A. Pittman,** | : | 228 Walnut Street Rm 320 |
| **DBA  RJz Shop** | : | Harrisburg, PA, 17101 |
| **Jeanne E. Pittman** | : | |

**Charles J. DeHart, III (Trustee)**
    **Respondents.**

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO FORECLOSE ON 2013 MAZDA MAZDA3 BEARING THE VEHICLE IDENTIFICATION NUMBER ("VIN") JM1BL1WP0D1754638 (DOCUMENT NO. 57)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on December 27, 2019 at Document No. 57 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 10, 2020.

19-043656_FXF

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-043656_FXF

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-00861** |
| **Ricky A. Pittman AKA Rick A. Pittman,** | : | **Chapter 13** |
| **DBA RJz Shop** | : | **Judge Henry W. Van Eck** |
| **Jeanne E. Pittman** | : | * * * * * * * * * * * * * * * * * * * |
| | | |
| **Debtor(s)** | | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Date and Time of Hearing** |
| **Fargo Auto** | : | **Place of Hearing** |
| Movant, | : | **January 14, 2020 at 9:30 a.m.** |
| vs | : | |
| | : | **Ronald Reagan Federal Building** |
| **Ricky A. Pittman AKA Rick A. Pittman,** | : | **228 Walnut Street Rm 320** |
| **DBA RJz Shop** | : | **Harrisburg, PA, 17101** |
| **Jeanne E. Pittman** | : | |

**Charles J. DeHart, III (Trustee)**
           **Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certificate of No Objection regarding Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto to foreclose on 2013 Mazda Mazda3 bearing the Vehicle Identification Number ("VIN") JM1BL1WP0D1754638 was served on the parties listed below via e-mail notification:

  Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

  Charles J. DeHart, III (Trustee), Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

  Aaron John Neuharth, Attorney for Ricky A. Pittman AKA Rick A. Pittman, DBA RJz Shop and Jeanne E. Pittman, Neuharth Law Offices, PO Box 359, Chambersburg, PA 17201, aneuharth@neuharthlaw.com

19-043656_FXF

The below listed parties were served via regular U.S. Mail, postage prepaid, on January  13, 2020:

Ricky A. Pittman AKA Rick A. Pittman, DBA  RJz Shop and Jeanne E. Pittman, 12558 Path Valley Road, Willow Hill, PA  17271

DATE:   January 13, 2020

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-043656_FXF