IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Ricky A. Pittman,  Case No. 17-00861
Jeanne E. Pittman,  Chapter 13

Debtors

## WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Please withdraw the appearance of Aaron J. Neuharth, Esquire as counsel for the Debtors, Ricky A. Pittman and Jeanne E. Pittman.

Date: 12/16/2021

Aaron J. Neuharth, Esquire
PA ID# 88625
PO Box 359
Chambersburg, PA 17201
(717) 264-2939

Please enter my appearance as attorney for the Debtors, Ricky A. Pittman and Jeanne E. Pittman, in the above-captioned case.

Date: 3/23/22

Hannah Herman-Snyder, Esquire
PA ID# 91537
Counsel for Debtors
PO Box 109
Lemoyne, PA 17043
(717) 761-4540