Certificate Number: 17082-PAM-DE-036641378

Bankruptcy Case Number: 17-00861


17082-PAM-DE-036641378

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>June 25, 2022</u>, at <u>3:19</u> o'clock <u>PM MST</u>, <u>JEANNE PITTMAN</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>June 25, 2022</u>          By:    <u>/s/Orsolya K Lazar</u>

                                    Name:  <u>Orsolya K Lazar</u>

                                    Title: <u>Executive Director</u>