IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Ricky A. Pittman, : Chapter 13
Jeanne E. Pittman, : Case No. 1-17-bk-00861
   Debtor :

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND 11 U.S.C. § 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

   Pursuant to 11 U.S.C. Section 1328(a), I certify that:

   [✓] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

   [ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that have become due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below:*

My current address is: _____

My current employer and my employer's address is: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

   Pursuant to 11 U.S.C. § 1328(h), I certify that:

   [✓] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

   [ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

---

- Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Part IV. Debtor's Signature

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Date: 8-30-22            By: *[signature]*
                                              Ricky A. Pittman