In re:  Case No. 17-00861-HWV

Ricky A. Pittman  Chapter 13

Jeanne E. Pittman

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4

Date Rcvd: Sep 01, 2022      Form ID: 3180W      Total Noticed: 44

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ricky A. Pittman, Jeanne E. Pittman, 12558 Path Valley Road, Willow Hill, PA 17271-9723 |
| cr | | d/b/a Shellpoint Mor New Penn Financial, LLC, P.O.Box 10826, Greenville, SC 29603-0826 |
| 4892157 | + | All About Hearing, Hearing Aid Service, 49 South Carlisle Street, Greencastle, PA 17225-1608 |
| 4892165 | + | CV Neuro Consultants, 764 Lincoln Way East, Chambersburg, PA 17201-2768 |
| 4892160 | + | Chambersburg Dental Associates, 2 W. Main St, Camp Hill, PA 17011-6326 |
| 4892161 | + | Chambersburg Hospital, 760 E. Washington Street, Chambersburg, PA 17201-2751 |
| 4892163 | | Chambersburg Pathology Associates, PO Box 382, Huntingdon, PA 16652-0382 |
| 4892164 | + | Commercial Acceptance Company, PO Box 3268, Camp Hill, PA 17011-3268 |
| 4892167 | + | Dice Imaging, 10 E Walter Avenue, Greencastle, PA 17225-1256 |
| 4892168 | + | Dr. Robert Sheep, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4892173 | | Holy Spirit EMS, PO Box 983029, Boston, MA 02298-3029 |
| 4892174 | | IPN Emergency Physicians, 922 East Call Street, Starke, FL 32091-3616 |
| 4892175 | + | KML Law Group, PC, Suite 5000 BNY Mellon Ind. Ctr, 701 Market Street, Philadelphia, PA 19106-1541 |
| 4922710 | | Metal Township Fire and Ambulance, PO Box 90, Danville, PA 17821-0090 |
| 4892183 | ++++ | PROTHONOTARY, FRANKLIN COUNTY, 14 N MAIN ST, CHAMBERSBURG PA 17201-1811 address filed with court:, Prothonotary, Franklin County, 157 Lincoln Way East, Chambersburg, PA 17201 |
| 4892180 | # | Peerless Credit Services, Inc., PO Box 518, Middletown, PA 17057-0518 |
| 4892181 | + | Personalized Collect, 10715 College Avenue, Kansas City, MO 64137-1742 |
| 4892184 | + | Rickart Collection Systems, Inc., 575 Milltown Road, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 4892186 | + | Shippensburg EMS, 2 W. Main St, Camp Hill, PA 17011-6326 |
| 4892187 | + | Summit Physician Services, 785 Fifth Ave., Ste 3, Chambersburg, PA 17201-4232 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4894151 | + | EDI: PHINAMERI.COM | Sep 01 2022 22:48:00 | Americredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 4992019 | + | EDI: PHINAMERI.COM | Sep 01 2022 22:48:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 4892158 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 01 2022 18:41:00 | Berks Credit and Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 4892159 | + | EDI: RMSC.COM | Sep 01 2022 22:48:00 | Care Credit, PO Box 965036, Orlando, FL |

| ID | Flag | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 32896-5036 |
| 4892171 | + | Email/Text: bncnotifications@pheaa.org | Sep 01 2022 18:41:00 | Federal Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 4892170 | + | Email/Text: bncnotifications@pheaa.org | Sep 01 2022 18:41:00 | Federal Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 4892172 | | EDI: PHINAMERI.COM | Sep 01 2022 22:48:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 4892175 | ^ | MEBN | Sep 01 2022 18:40:56 | KML Law Group, PC, Suite 5000 BNY Mellon Ind. Ctr, 701 Market Street, Philadelphia, PA 19106-1541 |
| 4892176 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 01 2022 18:41:00 | MCM, PO Box 60578, Los Angeles, CA 90060-0578 |
| 4927754 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 01 2022 18:41:00 | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. as agent, for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4892177 | + | Email/Text: Bankruptcies@nragroup.com | Sep 01 2022 18:41:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 4944236 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 01 2022 18:41:00 | Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619094, Dallas TX 75261-9094 |
| 5121854 | | Email/Text: mtgbk@shellpointmtg.com | Sep 01 2022 18:41:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 5121855 | | Email/Text: mtgbk@shellpointmtg.com | Sep 01 2022 18:41:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10675, Greenville, SC 29603-0675 |
| 5121434 | | Email/Text: mtgbk@shellpointmtg.com | Sep 01 2022 18:41:00 | New Penn Financial, LLC,, d/b/a Shellpoint Mortgage Servicing,, P.O.Box 10826, Greenville SC 29603-0826 |
| 4892182 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 01 2022 18:41:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 4892630 | + | EDI: RECOVERYCORP.COM | Sep 01 2022 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4892179 | + | EDI: RMSC.COM | Sep 01 2022 22:48:00 | PayPal Credit, PO Box 960080, Orlando, FL 32896-0080 |
| 4892178 | | EDI: CONVERGENT.COM | Sep 01 2022 22:48:00 | Paypal, c/o Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 4892185 | | Email/Text: dylan.succa@commercialacceptance.net | Sep 01 2022 18:41:00 | Shippensburg Area EMS, c/o Commercial Acceptance Co, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 4925519 | | Email/Text: bncnotifications@pheaa.org | Sep 01 2022 18:41:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 4952337 | | Email/Text: EDBKNotices@ecmc.org | Sep 01 2022 18:41:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 4892188 | | EDI: WFFC.COM | Sep 01 2022 22:48:00 | Wells Fargo, MAC T9017-026, PO Box 168048, Irving, TX 75016-8048 |
| 4911093 | | EDI: WFAUTO | Sep 01 2022 22:48:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 4892169 | + | Email/Text: jstauffe_BK@ebay.com | Sep 01 2022 18:41:00 | ebay, 2145 Hamilton Avenue, San Jose, CA 95125-5905 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4916681 | | Nationstar Mortgage LLC |
| 5121435 | | New Penn Financial, LLC,, d/b/a Shellpoint Mortgage Servicing,, P.O.Box 10826, Greenville SC 29603-0826, New Penn Financial, LLC,, d/b/a Shellpoint Mortgage Servicing, |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | * | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 4900697 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 4892162 | ##+ | Chambersburg Imaging, 25 Penncraft Ave, Chambersburg, PA 17201-1649 |
| 4892166 | ## | Department of Education, Fed Loan, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 2 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Shellpoint cwohlrab@raslg.com |
| Hannah Herman-Snyder | on behalf of Debtor 2 Jeanne E. Pittman hannah@nicklasandsnyder.com shannon@nicklasandsnyder.com |
| Hannah Herman-Snyder | on behalf of Debtor 1 Ricky A. Pittman hannah@nicklasandsnyder.com shannon@nicklasandsnyder.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE CO., DOING BUSINESS AS EASTERN MORTGAGE SERVICES bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, |

William E. Craig
    mortoncraigecf@gmail.com

    on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ricky A. Pittman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7922<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Jeanne E. Pittman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9675<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:17-bk-00861-HWV | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ricky A. Pittman
aka Rick A. Pittman, dba RJz Shop

Jeanne E. Pittman

9/1/22

**By the court:**

/s/ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**